# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Baluma S.A. d/b/a Enjoy Punta Del Este & Casino,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Brian Poff II,<br><br>　　　　　　　Defendant. | Case No. 2:20-cv-01642-JCM-DJA<br><br>**Order** |

Before the Court is Messner Reeves LLP's motion to withdraw as counsel of record for Defendant Brian Poff. (ECF No. 21). The Court finds these matters properly resolved without a hearing. LR 78-1. Pursuant to Local Rule IA 11-6(b), "[i]f an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel." Here, all affected parties, including Defendant, have been made aware of the motion, and Defendant's counsel has assured the Court that the withdrawal will not result in delay. However, Defendant's counsel inconsistently refers to Defendant as both Defendant and Plaintiff in their motion. The Court reminds Defendant's counsel that they should carefully review future filings to avoid potentially confusing discrepancies.

**IT IS THEREFORE ORDERED** that Defendant's counsel's motion to withdraw (ECF No. 21) is **granted**.

**IT IS FURTHER ORDERED** that Defendant Brian Poff shall have thirty days, until **Monday, December 20, 2021**, to advise the Court if he will retain new counsel or proceed *pro se*. Failure to notify the Court as to Defendant's new representation may subject him to dispositive sanctions, including a recommendation for dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk of Court shall add the last known address of Brian Poff to the civil docket and send a copy of this order to his last known address:

    Brian Poff II

    7360 Lake Drive

    Fort Myers, FL 33908

    diddipop@hotmail.com


    DATED: November 18, 2021

    DANIEL J. ALBREGTS
    UNITED STATES MAGISTRATE JUDGE