1

CHRISTOPHER R. MILTENBERGER, ESQ.
Nevada Bar No. 10153

2

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600

3

Las Vegas, NV 89135
Telephone: (702) 792-3773

4

Facsimile:  (702) 792-9002
E-mail:  miltenbergerc@gtlaw.com

5

*Counsel for Baluma S.A. dba*
*Enjoy Punta del Este Resort & Casino*

6

7

**UNITED STATES DISTRICT COURT**

8

**DISTRICT OF NEVADA**

9

BALUMA S.A. doing business as ENJOY
PUNTA DEL ESTE & CASINO,

10

Case No.:   2:20-cv-01642-JCM-DJA

11

Plaintiff,

**STIPULATION AND [Proposed]
ORDER EXTENDING DEADLINE TO
SUBMIT JOINT PRETRIAL ORDER**

vs.

12

BRIAN POFF II,

**[First Request]**

13

14

Defendant.

15

16

Pursuant to Local Rule IA 6-1(a), IA 6-2, and 7-2, Plaintiff Baluma S.A., doing business

17

as Enjoy Punta Del Este Resort & Casino ("Baluma") and Defendant/Counterclaimant Brian Poff,

18

II ("Poff"), by and through their respective undersigned counsel of record, hereby stipulate, agree

19

and request that the Court enter an order extending the deadline for the parties to submit a Joint

20

Pretrial Order as contemplated LR 26-1(b)(5) and the Court's Scheduling Order (ECF 12) by 40

21

days for the reasons set forth herein.  This is the parties' first request for an extension of time to

22

submit their Joint Pretrial Order.

23

1.       On March 9, 2022, this Court entered an Order (ECF 27) granting in part and

24

denying in part Baluma's Motion for Summary Judgment (ECF 14).

25

2.       As a result of the Order on Baluma's Motion for Summary Judgment and pursuant

26

to the Court's Scheduling Order (ECF 12), the parties' deadline to file a Joint Pretrial Order as

27

contemplated by LR 26-1(b)(5) is currently April 8, 2022.

28

*ACTIVE 64106174v2*

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

3.      On April 6, 2022, counsel for Poff made his initial appearance in this action filing a Notice of Appearance (ECF 28).

4.      The parties' counsel are currently engaged in settlement discussions that would resolve this case in its entirety if successful.

5.      In light of Poff's counsel recent appearance in the case and the parties' ongoing settlement discussions, the parties believe that good cause exists for an extension of time and therefore respectfully request a 40-day[1] extension of time to submit a Joint Pretrial Order, extending such deadline until May 18, 2022.

**IT IS SO STIPULATED.**

Dated this 7th day of April 2022

**GREENBERG TRAURIG, LLP**

*/s/ Christopher R. Miltenberger*

CHRISTOPHER R. MILTENBERGER
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

Dated this 7th day of April 2022

**CARBAJAL LAW**

*/s/ Hector J. Carjajal II*

HECTOR J. CARBAJAL II
Nevada Bar No. 6247
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorney for Defendant*

Good cause appearing,

**IT IS SO ORDERED.**

_____
Daniel J. Albregts
United States Magistrate Judge

DATED: April 8, 2022

---

[1] The parties would have requested a 30 day extension through May 8, 2022, but Mr. Carbajal will be out of the country through May 12, 2022.  Thus, the parties have requested an additional ten (10) days to accommodate Mr. Carbajal's being out of the country.

*ACTIVE 64106174v2*

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)