CHRISTOPHER R. MILTENBERGER, ESQ.
Nevada Bar No. 10153
CHRISTIAN T. SPAULDING, ESQ.
Nevada Bar No. 14277
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV  89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
E-mail:  miltenbergerc@gtlaw.com
          spauldingc@gtlaw.com

*Counsel for Baluma S.A. dba*
*Enjoy Punta del Este Resort & Casino*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BALUMA S.A. doing business as ENJOY PUNTA DEL ESTE & CASINO,<br><br>　　　　　　　Plaintiff,<br>vs.<br>BRIAN POFF II,<br><br>　　　　　　　Defendant. | Case No.:   2:20-cv-01642-JCM-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), LR I-A 6-2, and LR 7-1, Plaintiff Baluma S.A. doing business as Enjoy Punta Del Este & Casino ("Plaintiff") and Defendant Brian Poff II ("Defendant"), by and through their respective undersigned counsel, being the only parties who have made an appearance in this action and having reached an agreement to resolve all outstanding issues between them, hereby stipulate to DISMISS the above-captioned matter WITH PREJUDICE.

///

ACTIVE 64183559v1

The Parties further stipulate and agree that each party shall bear its and his own respective attorneys' fees, costs, and expenses in connection with and related to the above-captioned matter.

DATED this 27th day of April, 2022.            DATED this 27th day of April, 2022.

By: /s/ Christopher R. Miltenberger
    Christopher R. Miltenberger, Esq.
    Nevada Bar No. 10153
    Christian T. Spaulding, Esq.
    Nevada Bar No. 114277
    GREENBERG TRAURIG, LLP
    10845 Griffith Peak Drive, Suite 600
    Las Vegas, NV 89135

*Attorneys for Plaintiff Baluma S.A. dba Enjoy Punta del Este Resort & Casino*

By: /s/ Hector J. Carbajal II
    Hector J. Carbajal II, Esq.
    Nevada Bar No. 6247
    CARBAJAL LAW
    10001 Park Run Drive
    Las Vegas, NV 89145

*Attorneys for Defendant Brian Poff II*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: May 2, 2022